# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

147346

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                                    SC: 147346
                                                     COA: 315264
                                                     Barry CC: 03-100230-FH
DEANDREA SHAWN FREEMAN,
          Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the May 6, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013



p1021

                                        Clerk